**Order entered September 26, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01147-CV

## IN THE INTEREST OF: R.S.P., ET AL, CHILDREN,

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-753-X**

## ORDER

Before the Court is court reporter Pam Sumler's motion to extend the time for filing a reporter's record. In the motion, Ms. Sumler states she did not receive notice until September 24, 2013 of this Court's September 3, 2013 order that the reporter's record was past due. Accordingly, Ms. Sumler's motion to extend the time for filing a reporter's record is **GRANTED**, and the time is extended until October 4, 2013. Because this is a parental termination case, we remind Ms. Sumler that it is the responsibility of the court reporter to prepare, certify, and timely file the reporter's record and that Judge Cheryl Lee Shannon must direct Ms. Sumler immediately to commence the preparation of the reporter's record. *See* TEX. R. APP. P. 28.4. Judge Cheryl Lee Shannon must arrange a substitute reporter if necessary. *See id.* No further extensions will be granted absent extraordinary circumstances.

/s/      DAVID L. BRIDGES
JUSTICE